IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

DAVID JOHN KAPLAN,                                          Case No. 3:11-cv-00772-RCJ–VPC

          Plaintiff

      v.                                                          **ORDER**

VADONNA G. RIVERA and JEFFREY RIVERA,

          Defendants.
_____/

On August 8, 2013, a Notice of Settlement was filed in this case. ECF No. 94. At the Status Conference held on August 12, 2013, this Court approved the settlement as stated on the record. ECF No. 95.

Pursuant to Local Rule 7-2(b), points and authorities in response to a motion shall be filed and served by an opposing party fourteen (14) days after service of the motion. Failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. LR 7-2(d).

Any opposition to the Notice of Settlement filed on August 8, 2013 would have been due August 22, 2013. Because no opposition was filed, the parties have consented to granting the motion.

///
///
///
///

-1-

**CONCLUSION**

    IT IS ORDERED that the settlement described in the Notice of Settlement is APPROVED, pending approval by the United States Bankruptcy Court, District of Nevada Case No. 10-54568-GWZ.

    IT IS SO ORDERED.

    Dated this 17th day of October, 2013.

                    _____

                    ROBERT C. JONES
                    United States District Judge

Respectfully Proposed By:
GUNDERSON LAW FIRM

By: _____
    Mark H. Gunderson, Esq.
    Nevada State Bar No. 2134
    Courtney G. Forster, Esq.
    Nevada State Bar No. 10775
    Attorneys for Vadonna & Jeffrey Rivera

-2-